**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In the Matter of**: | } |
| | } |
| John Matthew Hanling, | }   Case No: 19-11323 BLS |
| | }   Chapter: 13 |
| **Debtor(s)** | } |

### NOTICE OF ADJOURNED\ RESCHEDULED MEETING OF CREDITORS

TO:  ALL CREDITORS ON ATTACHED MATRIX

John Hanling
419 Riblett Lane
Wilmington DE 19808

PLEASE TAKE NOTICE that the 341- 13 Meeting of creditors has been rescheduled to, August 6, 2019 at 10:00AM . The hearing will be held in the United States Courthouse at 844 King Street, Room 3209, Wilmington, Delaware 19801.

Dated:  June 21, 2019          COOPER LEVENSON, P.A.

                      By: __/s/ Erin K. Brignola_____
                          Erin K. Brignola, Esquire (2723)
                          30 Fox Hunt Drive
                          Bear, DE 19701
                          (302) 838-2600
                          *Attorney for Debtor*
                          ebrignola@cooperlevenson.com