John Matthew Hanling
419 Riblett Lane
Wilmington, DE 19808

Chase Bank, USA, N.A.
Card Memeber Services
P.O. Box 15298
Wilmington, DE 19850

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

Erin K. Brignola, Esquire
Cooper Levenson, P.A.
30 Fox Hunt Drive
Bear, DE 19701

Chase Card Member Service
P.O. Box 15153
Wilmington, DE 19886

PNC Bank, N.A.
P.O. Box 5570
Locator: Payment Processing
BR-YB58-01-5
Cleveland, OH 44101

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Citibank, N.A.
Staples Credit Plan
Dept. 51-7817836926
P.O. Box 78004
Phoenix, AZ 85062-8004

PNC Merchant Services Company
c/o Transworld Systems, Inc.
P.O. Box 17201
Wilmington, DE 19850-7201

State of Delaware
Division of Revenue 8th Floor
820 North French Street
Wilmington, DE 19801-0820

Delaware Moving & Storage, Inc.
214 Bear-Christiana Road
Bear, DE 19701

Verizon
P.O. Box 646
Wilmington, DE 19896

Department of Education
Federal Loan Servicing
P.O. Box 530210
Atlanta, GA 30353-0210

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

ARS National Service, Inc.
P.O. Box 463023
Escondido, CA 92046-3023

Federal Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106

HSBC Bank Nevada, N.A.
P.O. Box 80084
Salinas, CA 93912-0084

ARS National Services Inc.
P.O. Box 469100
Escondido, CA 92046-9100

State of DE-Division of Revenue
Department of Justice
Edward Black, Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

PayPal (Mastercard) Credit Services
SYNCB
P.O. Box 960080
Orlando, FL 32896-0080

ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3023

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

PayPal Credit
P.O. Box 71202
Charlotte, NC 28272-1202

CACH, LLC
4340 S. Monaco Street
2nd Floor
Denver, CO 80237

Bank of America, N.A.
P.O. Box 15796
Wilmington, DE 19886-5796

Pitney Bowes Global
Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Barclay Bank of Delaware
P.O. Box 13337
Philadelphia, PA 19101

PNC Bank
P.O. Box 609
Pittsburgh, PA 15230-9738

Dynamic Recovery Solutions
P.O. Box 25759
Greenville, SC 29616-0759

EOSCCA
P.O. Box 981008
Boston, MA 02298-1008


FIA Card Services\BOA
P.O. Box 15971
Wilmington, DE 19850


Joseph, Mann & Creed
20600 Chagrin Blvd.
Suite 550
Cleveland, OH 44127-5340


Midland Credit Management, Inc.
P.O. Box 51319
Los Angeles, CA 90051-5619


NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047


Recovery Solutions Group, LLC
7244 S. DuPont Highway
Suite 2
Felton, DE 19943


The Law Office of Kevin Z. Shane, PLLC
5965 Transit Road
Suite 500
East Amherst, NY 14051


Transworld Systems, Inc.
P.O. Box 17201
Wilmington, DE 19850-7201