```
JOHN MATTHEW HANLING                                    19-11323 BLS
```

## ADDED CREDITORS

```
Karen C. Hanling
2413 W. 18th Street
Wilmington, DE 19806

Cooch and Taylor
1000 North West Street
10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680
```