# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 19-11323 BLS |
| John Matthew Hanling } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## NOTICE TO CREDITORS

To: Attached list of Creditors

You have been added as a creditor in the above-captioned matter. You should be aware of the following:

You have the right to file complaints under 11 U.S.C. Section 523 and 11 U.S.C. Section 727 and objection to the Debtor(s) claim of exemption within thirty (30) days of receipt of the attached papers, or within the time set for the filing of such complaints or objections by creditors previously scheduled, (as noted in the Order for Meeting of Creditors attached hereto), whichever is later.

COOPER LEVENSON, P.A.

Dated: July 19, 2019        By:/s/ERIN K. BRIGNOLA
                            Erin K. Brignola, Esquire (2723)
                            30 Fox Hunt Drive
                            Bear, DE 19701
                            (302) 838-2600
                            ebrignola@cooperlevenson.com