John Matthew Hanling
419 Riblett Lane
Wilmington, DE 19808

Erin K. Brignola, Esquire
Cooper Levenson, P.A.
30 Fox Hunt Drive
Bear, DE 19701

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

State of Delaware
Division of Revenue 8th Floor
820 North French Street
Wilmington, DE 19801-0820

Fed Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106

Federal Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106

IRS
PO Box 7346
Philadelphia, PA 19101

Karen C. Hanling
2413 W. 16th Street
Wilmington, DE 19806

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Bank of America, N.A.
P.O. Box 15796
Wilmington, DE 19886-5796

Barclay Bank of Delaware
P.O. Box 13337
Philadelphia, PA 19101

Chase Bank, USA, N.A.
Card Memeber Services
P.O. Box 15298
Wilmington, DE 19850

Chase Card Member Service
P.O. Box 15153
Wilmington, DE 19886

Citibank, N.A.
Staples Credit Plan
Dept. 51-7817836926
P.O. Box 78004
Phoenix, AZ 85062-8004

Cooch and Taylor
1000 North West Street
10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680

Delaware Moving & Storage, Inc.
214 Bear-Christiana Road
Bear, DE 19701

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

HSBC Bank Nevada, N.A.
P.O. Box 80084
Salinas, CA 93912-0084

PayPal (Mastercard) Credit Services
SYNCB
P.O. Box 960080
Orlando, FL 32896-0080

PayPal Credit
P.O. Box 71202
Charlotte, NC 28272-1202

Pitney Bowes Global
Financial Services, LLC
P.O. Box 371887
Pittsburgh, PA 15250-7887

PNC Bank
P.O. Box 609
Pittsburgh, PA 15230-9738

PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

PNC Bank, N.A.
P.O. Box 5570
Locator: Payment Processing
BR-YB58-01-5
Cleveland, OH 44101

PNC Merchant Services Company
c/o Transworld Systems, Inc.
P.O. Box 17201
Wilmington, DE 19850-7201

State of DE-Division of Revenue
Department of Justice
Edward Black, Deputy Attorney Genera
820 North French Street, 6th Floor
Wilmington, DE 19801

Verizon
P.O. Box 646
Wilmington, DE 19896

ARS National Service, Inc.
P.O. Box 463023
Escondido, CA 92046-3023

ARS National Services Inc.
P.O. Box 469100
Escondido, CA 92046-9100

ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046-3023

CACH, LLC
4340 S. Monaco Street
2nd Floor
Denver, CO 80237

Transworld Systems, Inc.
P.O. Box 17201
Wilmington, DE 19850-7201

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Dynamic Recovery Solutions
P.O. Box 25759
Greenville, SC 29616-0759

EOSCCA
P.O. Box 981008
Boston, MA 02298-1008

FIA Card Services\BOA
P.O. Box 15971
Wilmington, DE 19850

Joseph, Mann & Creed
20600 Chagrin Blvd.
Suite 550
Cleveland, OH 44127-5340

Midland Credit Management, Inc.
P.O. Box 51319
Los Angeles, CA 90051-5619

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

Recovery Solutions Group, LLC
7244 S. DuPont Highway
Suite 2
Felton, DE 19943

The Law Office of Kevin Z. Shane, PLLC
5965 Transit Road
Suite 500
East Amherst, NY 14051