IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Matthew J. Hanling, | Case No.: 19-11323 BLS |
| | Chapter 13 |
| Debtor. | |

## NOTICE OF CHAPTER 13 PLAN

To: ALL PARTIES ON ATTACHED CERTIFICATE OF SERVICE

    PLEASE TAKE NOTICE that a Chapter 13 Plan has been filed in the above-captioned matter. A copy of the Chapter 13 Plan is attached.

    A 341 Meeting will be held on August 6, 2019 at 10:00 a.m. in the United States Bankruptcy Court, 844 King Street, Room 3209, Wilmington, DE.

    A Confirmation Hearing is presently scheduled for July 29, 2019 at 9:30 a.m. at the United States Bankruptcy Court, 824 Market Street in Wilmington.

    Any objection must be filed with the Bankruptcy Court and served upon Una O'Boyle, 824 Market Street Mall, Wilmington, DE 19801. A copy of the objection should be forwarded to Erin K. Brignola, Esquire, 30 Fox Hunt Drive, Fox Run Shopping Center, Bear, DE 19701. In the event that no objection or other responsive pleading is filed, this Chapter 13 Plan will be confirmed ex parte.

                                            COOPER LEVENSON, P.A.

Dated: 7/19/2019                        By: /s/ERIN K. BRIGNOLA
                                               ERIN K. BRIGNOLA (DE 2723)
                                               *Attorney for Debtor*
                                             30 Fox Hunt Drive
                                             Bear, DE 19701
                                             838-2600
                                             ebrignola@cooperlevenson.com