| | | |
|---|---|---|
| John Matthew Hanling<br>419 Riblett Lane<br>Wilmington, DE 19808 | Barclay Bank of Delaware<br>P.O. Box 13337<br>Philadelphia, PA 19101 | Pitney Bowes Global<br>Financial Services, LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 |
| Erin K. Brignola, Esquire<br>Cooper Levenson, P.A.<br>30 Fox Hunt Drive<br>Bear, DE 19701 | Chase Bank, USA, N.A.<br>Card Memeber Services<br>P.O. Box 15298<br>Wilmington, DE 19850 | PNC Bank<br>P.O. Box 609<br>Pittsburgh, PA 15230-9738 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Chase Card Member Service<br>P.O. Box 15153<br>Wilmington, DE 19886 | PNC Bank<br>P.O. Box 856177<br>Louisville, KY 40285-6177 |
| State of Delaware<br>Division of Revenue 8th Floor<br>820 North French Street<br>Wilmington, DE 19801-0820 | Citibank, N.A.<br>Staples Credit Plan<br>Dept. 51-7817836926<br>P.O. Box 78004<br>Phoenix, AZ 85062-8004 | PNC Bank, N.A.<br>P.O. Box 5570<br>Locator: Payment Processing<br>BR-YB58-01-5<br>Cleveland, OH 44101 |
| Fed Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | Cooch and Taylor<br>1000 North West Street<br>10th Floor<br>P.O. Box 1680<br>Wilmington, DE 19899-1680 | PNC Merchant Services Company<br>c/o Transworld Systems, Inc.<br>P.O. Box 17201<br>Wilmington, DE 19850-7201 |
| Federal Loan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106 | Delaware Moving & Storage, Inc.<br>214 Bear-Christiana Road<br>Bear, DE 19701 | State of DE-Division of Revenue<br>Department of Justice<br>Edward Black, Deputy Attorney Genera<br>820 North French Street, 6th Floor<br>Wilmington, DE 19801 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101 | Discover<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Verizon<br>P.O. Box 646<br>Wilmington, DE 19896 |
| Karen C. Hanling<br>2413 W. 16th Street<br>Wilmington, DE 19806 | HSBC Bank Nevada, N.A.<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | ARS National Service, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | PayPal (Mastercard) Credit Services<br>SYNCB<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | ARS National Services Inc.<br>P.O. Box 469100<br>Escondido, CA 92046-9100 |
| Bank of America, N.A.<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | PayPal Credit<br>P.O. Box 71202<br>Charlotte, NC 28272-1202 | ARS National Services, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 |

CACH, LLC
4340 S. Monaco Street
2nd Floor
Denver, CO 80237

Transworld Systems, Inc.
P.O. Box 17201
Wilmington, DE 19850-7201

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-4047

Dynamic Recovery Solutions
P.O. Box 25759
Greenville, SC 29616-0759

EOSCCA
P.O. Box 981008
Boston, MA 02298-1008

FIA Card Services\BOA
P.O. Box 15971
Wilmington, DE 19850

Joseph, Mann & Creed
20600 Chagrin Blvd.
Suite 550
Cleveland, OH 44127-5340

Midland Credit Management, Inc.
P.O. Box 51319
Los Angeles, CA 90051-5619

NCB Management Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

Recovery Solutions Group, LLC
7244 S. DuPont Highway
Suite 2
Felton, DE 19943

The Law Office of Kevin Z. Shane, PLLC
5965 Transit Road
Suite 500
East Amherst, NY 14051