# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>John Matthew Hanling<br>419 Riblett Lane<br>Wilmington, DE 19808<br>**SSN:** xxx–xx–4446<br>J Matthew Hanling | **Chapter:** 13<br><br><br><br>**Case No.:** 19–11323–BLS |

## NOTICE OF HEARING

A hearing regarding Confirmation is scheduled for 9/21/20 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Room 309, Wilmington, DE 19801 .

_____

Una O'Boyle, Clerk of Court

Dated: 8/26/20

(VAN–491a)