**Hearing Date:** **January 25, 2021 at 09:30 A.M.**
**Objection Date: January 11, 2021**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| John Hanling, | ) | Bk. Case No. 19-11323-BLS |
| Debtor(s) | ) | Chapter 13 |

### NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor(s) case is scheduled for **Monday, January 25, 2021 at 09:30 A.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Room 309, Wilmington, Delaware.

**RESPONSES**, if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington, Delaware 19899-1350, on or before **January 11, 2021**.

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated:   December 1, 2020

Hearing Date:   January 25, 2021 at 09:30 A.M.
Objection Date: January 11, 2021

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| John Hanling, | ) | Bk. Case No. 19-11323-BLS |
| Debtor(s) | ) | Chapter 13 |

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Motion of Michael B. Joseph, Chapter 13 Trustee respectfully represents:

1. The Debtor commenced this case under Chapter 13 of the Bankruptcy Code on June 10, 2019.

2. After many continuances, the Debtor has failed to present a confirmable plan and obtain confirmation.

3. On August 25, 2020, the Court denied Confirmation of the proposed plan filed on February 20, 2020 (DK # 41).

4. Such delay is unreasonable and prejudicial to creditors.

   **WHEREFORE**, Movant prays that the case be dismissed pursuant to 11 U.S.C. Section 1307 (c) (1).

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated:   December 1, 2020

**Hearing Date:   January 25, 2021 at 09:30 A.M.**
**Objection Date: January 11, 2021**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| John Hanling, | ) Bk. Case No. 19-11323-BLS |
| Debtor(s) | ) Chapter 13 |

### **O R D E R**

**AND NOW, TO WIT**, this _____ day of _____, 20___, upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED** that the Debtor(s) petition is hereby dismissed.

_____
United States Bankruptcy Judge

## ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 1st day of December, 2020, I caused one copy of the within Notice of Hearing and Motion to Dismiss Chapter 13 Bankruptcy to be served by United States Mail, Postage Prepaid, to the following:

Mr. John Hanling
419 Riblett Lane
Wilmington, DE 19808
Debtor(s)

Erin K. Brignola, Esquire
30 Fox Hunt Drive, Unit 30
Bear, DE 19701

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee